UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH JEROME GRIFFIN,<br><br>       Plaintiff,<br><br>  -against-<br><br>CORPORATION COUNSEL, et al.,<br><br>       Defendants. | 22-CV-8521 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On October 26, 2023, Defendants filed a motion to dismiss Plaintiff Jeremiah Jerome Griffin's fourth amended complaint. Dkt. 46. Mr. Griffin should file any opposition to this motion no later than **November 27, 2023**. Defendants may file a reply no later than **December 11, 2023**.

  SO ORDERED.

Dated: October 30, 2023
    New York, New York

                            _____
                              ARUN SUBRAMANIAN
                            United States District Judge