UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH JEROME GRIFFIN,

                Plaintiff,

-against-

CORPORATION COUNSEL, et al.,

                Defendants.

22-cv-8521 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff Jeremiah Jerome Griffin, proceeding *pro se*, filed this action on October 5, 2022. Dkt. 2. The Court *sua sponte* dismissed Griffin's complaint, but granted Griffin leave to amend. Dkt. 5. Griffin then filed four amended complaints. Dkts. 8, 10, 26, 34. On October 5, 2023, the Court issued a scheduling order requiring Griffin to file any fifth amended complaint no later than October 13, 2023. Dkt. 44. Griffin did not file the fifth amended complaint until November 27, 2023. Dkt. 50. Griffin claims he was unable to timely file his fifth amended complaint because of medical appointments and civil court hearings. Dkt. 49.

    Mindful that Griffin is proceeding *pro se*, the Court will accept Griffin's untimely amendment. But Griffin is warned that **no further amendments will be permitted** given the five amended complaints Griffin has already filed.

    No later than **January 29, 2024**, defendants should file a new motion to dismiss, submit a letter stating that it relies on the initially filed motion to dismiss, or submit a memorandum of law supplementing the initially filed motion to dismiss. Griffin must file an opposition to defendants' motion no later than **February 26, 2024**. **If Griffin does not file an opposition, the motion to dismiss will be considered unopposed.**

    The Clerk of Court is directed to docket the Fifth Amended Complaint, filed at Dkt. 50.

    SO ORDERED.

Dated: January 3, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge