UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH JEROME GRIFFIN,<br><br>         Plaintiff,<br><br>-against-<br><br>CORPORATION COUNSEL, et al.,<br><br>         Defendants. | 22-CV-8521 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On February 12, 2024, Defendants filed a supplemental motion to dismiss Plaintiff Jeremiah Jerome Griffin's fifth amended complaint. Dkt. 63. Mr. Griffin should file any opposition to this motion no later than **March 18, 2024**. Defendants may file a reply no later than **April 8, 2024**.

SO ORDERED.

Dated: February 13, 2024
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge