UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH JEROME GRIFFIN,<br><br>                    Plaintiff,<br><br>-against-<br><br>CORPORATION COUNSEL, et al.,<br><br>                    Defendants. | 22-CV-8521 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On February 12, 2023, Defendants filed a supplemental motion to dismiss Plaintiff Jeremiah Jerome Griffin's fifth amended complaint. Dkt. 63. The Court ordered Mr. Griffin to file any opposition to this motion no later than March 18, 2024. Dkt. 64. To date, Mr. Griffin has not filed any response.

Mr. Griffin is hereby ORDERED to file any opposition no later than **April 19, 2024**. Failure to oppose the motion may result in Johnson's motion being granted as unopposed or in dismissal of the case failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: March 21, 2024
       New York, New York

                                                          _____
                                                          ARUN SUBRAMANIAN
                                                          United States District Judge