UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH JEROME GRIFFIN,<br><br>         Plaintiff,<br><br>-against-<br><br>CORPORATION COUNSEL, et al.,<br><br>         Defendants. | 22-cv-8521 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's June 18, 2024 Opinion and Order, ECF No. 73, Plaintiff was required to file an amended complaint by August 26, 2024. To date, Plaintiff has not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 9, 2024**. The amended complaint should be restricted solely to events Plaintiff believes give rise to viable claims and must describe all facts Plaintiff can recall related to the events at issue.

  **If no amended complaint is filed by the deadline set forth above, the case will be dismissed with prejudice without further notice to Plaintiff.**

  SO ORDERED.

Dated: August 28, 2024
    New York, New York

                    _____
                     ARUN SUBRAMANIAN
                     United States District Judge