UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH JEROME GRIFFIN,<br><br>                      Plaintiff,<br><br>-against-<br><br>CORPORATION COUNSEL, et al.,<br><br>                      Defendants. | 22-CV-8521 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's June 18, 2024 Opinion and Order, ECF No. 73, Plaintiff was informed that, should he wish to file a final amended complaint, the deadline to do so was August 26, 2024. Plaintiff did not file an amended complaint by that date. The deadline was extended, *nunc pro tunc*, to September 9, 2024. ECF No. 75. Plaintiff still has not filed an amended complaint.

      As a courtesy, the Court issues a final extension, *nunc pro tunc*, to September 30, 2024. **If Plaintiff does not file an amended complaint by September 30, 2024, the case will be closed without further notice**.

      SO ORDERED.

Dated: September 16, 2024
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                        United States District Judge