UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeremiah Jerome Griffin,<br><br>      Plaintiff,<br><br>  -against-<br><br>Corporation Counsel et al.,<br><br>      Defendants. | 22-cv-8521 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  In a letter docketed on September 20, 2024 but dated September 13, 2024, Plaintiff requests that the deadline to file an amended complaint be extended to November 28, 2024. ECF No. 77. Plaintiff includes in his letter a copy of the Court's August 28, 2024 Order extending the deadline to file, *nunc pro tunc*, to September 9, 2024. ECF No. 75. Plaintiff's letter is dated prior to the Court's September 16, 2024 Order, in which the Court issued a final extension, *nunc pro tunc*, to September 30, 2024. ECF No. 76.

  Because Plaintiff appears to have filed his most recent request for an extension prior to receipt of the Court's September 16, 2024 Order, his request for an extension is GRANTED in part. The deadline to file an amended complaint is extended to **October 31, 2024**. **If Plaintiff does not file by October 31, 2024, the case will be closed without further notice. This is the final extension, and there will be no further extensions.**

  SO ORDERED.

Dated: September 24, 2024
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge