UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeremiah Jerome Griffin,<br><br>                          Plaintiff,<br><br>          -against-<br><br>Corporation Counsel et al.,<br><br>                          Defendants. | 22-CV-8521 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

        The Court dismissed plaintiff's fifth amended complaint on June 18, 2024 and informed plaintiff that, should he wish to file an amended complaint, he should do so by August 26, 2024. Dkt. 73. No amended complaint was filed, and on August 28, 2024 the Court *sua sponte* extended the deadline to file to September 9, 2024. Dkt. 75. In its order, the Court emphasized that if no amended complaint was filed by September 9, 2024, the case would be dismissed with prejudice without further notice. Still, no complaint was filed. The Court then issued two additional orders extending the deadline to file an amended complaint, first to September 30, 2024 and then to October 31, 2024. Dkts. 76 and 78. In its order at Dkt. 78, the Court stated that there would be no further extensions of the deadline and that the case would be closed without further notice if no amended complaint was filed by October 31, 2024.

        Plaintiff has not filed an amended complaint despite the Court's repeated extensions and reminders to plaintiff that failure to file an amended complaint would result in the case being closed. The complaint is dismissed with prejudice and the Clerk of Court is respectfully directed to close the case.

        SO ORDERED.

Dated: November 20, 2024
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge