UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeremiah Jerome Griffin,<br><br>                          Plaintiff,<br><br>       -against-<br><br>Corporation Counsel et al.,<br><br>                         Defendants. | 22-CV-8521 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendants filed a motion to dismiss the sixth amended complaint on February 4, 2025. Dkt. 87. *Pro se* plaintiff Griffin's opposition brief must be filed with the Court by **March 11, 2025**. Given delays in mailing, and to ensure that defendants have adequate time to respond, defendants' reply brief is due on **April 8, 2025**.

      SO ORDERED.

Dated: February 5, 2025
       New York, New York

                                               ARUN SUBRAMANIAN
                                               United States District Judge