UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeremiah Jerome Griffin,

                              Plaintiff(s),

              -against-

City of New York et al.,

                              Defendant(s).

22-CV-8521 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 11, 2025 Order, ECF No. 97, defendants were required to file a response about potential unidentified defendants so that they can be properly served, by August 25, 2025.  To date, defendants have not filed that response.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 2, 2025**.

      SO ORDERED.

Dated:  August 26, 2025
       New York, New York

ARUN SUBRAMANIAN
United States District Judge