From: Jeremiah J. Griffin (plaintiff)
To: Arun Subramanian District Court Judge
cc: Corporation Counsel      Re: NYSD docket: 22-cv-08521

RECEIVED OCT - 2 2025 PRO SE OFFICE

I, Jeremiah J. Griffin who is the plaintiff respectfully request of this New York Southern District Court to vacate the dismissal dated: August 01st, 2025 of the plaintiff's 1983 denial of food claim's against the City of New York and keep the City of New York as a defendant due to Correction officers whose names is Alima Yakubu Shield No. 8152, Patrick Fatorma, Kasia Benoit-Jones along with assigned area touring captains whose name's is Umeka Morris, Guerra or Guerro, female and male unidentified assigned area touring captains. Aka-higher ups (Superiors) whose professional obligations was to properly supervise, discipline but obviously deliberately refuse to properly supervise and discipline officers: Yakubu Shield 8152, Patrick Fatorma, Kasia Benoit-Jones and was very aware of the ongoing excessive denial of food, obviously aware of the collective depriviation's of H2O hygene daily water showers, outside recreation yard, hygene supplies, denial of access to outgoing legal phone and Law library Services resulting in excessive denial of Sanitary Living, deliberate denial of access to the Courts which violated the City of New York Historical Municipal policy and violated the First amendment, Fourteenth amendment due Process Clause See: Correction Department City of New York green Handbook For

Incarcerated individuals; Exhibit Z

Note: City of New York Historical Policy entails that detainee's be afforded atleast mandatory Lunch and dinner, daily H2O hygene water showers, daily outside recreation yard, essential daily prescribed medications, outside daily once a Legal phone call, Law Library, hygene Supplies, H2O Hygene daily mandatory water showers in order to maintain Sanitary Living also under the Fourteenth amendment due process clause, First amendment (access to courts) See attached; City of New York Correction Department green Handbook For incarcerated individuals Exhibit Z, obviously assigned area Touring captains along with officers: Alima Yakubu, Kasia Benoit-Jones and Patrick Fatorma who were acting as a joint unit in deliberately depriving plaintiff and other Pre-trial detainee: Dwayne Murray of entitled mandatory all meals, daily entitled H2O hygene water showers, access to outbound Legal phone calls, Law Library, collective apparent depriviation of Sanitary, outside yard recreation, denial of all daily basis essential prescribed medications resulting in widespread of unethical unconstitutional practices by the assigned area Touring captains (higher ups) and officers whose name's is Alima Yakubu, Patrick Fatorma and Kasia Benoit-Jones which constituted a Monell Liability claim so therefore the dismissal dated: August 01st 2025 of 1983 claims should be

against the City of New York Should be Vacated and City of New York remain as as defendant.

Jeremiah Jc—                    Dated: 09/23/2025

To: Arun Subramanian United States District Court Judge
cc: Corporation Counsel

DENIED. Griffin moves to vacate the dismissal of claims against the city, but continues to point to no circumstances that would justify vacating that portion of the Court's decision. Even construing the motion as a motion for reconsideration, the motion must be denied. But for the avoidance of doubt, the Court permitted Griffin's claims against officers Yakuba, Fatorma, and Benoit-Jones based on the 2022 incident to proceed. The motion is DENIED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 110.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 20, 2026