UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeremiah Jerome Griffin, Plaintiff, -against- City of New York et al., Defendants. | 22-CV-8521 (AS) ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court agrees with defendants that default judgment in this case appears premature at this juncture. There are two questions that should be answered before this case proceeds. First, whether plaintiff has been provided with all of the information he needs to serve the unidentified defendants. And second, whether plaintiff wants to proceed on his filed motion for summary judgment, or instead to take discovery in this case. The parties should confer and jointly file a letter on the docket by August 14, 2026 that answers these two questions. If plaintiff wants to proceed with discovery, a case management plan and schedule should be filed. If plaintiff wants the Court to adjudicate his motion for summary judgment as is against defendants who have been served, defendants may have 14 days from the date of the filing of that letter to respond.

SO ORDERED.

Dated: July 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge