STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

ZACHARY KALMBACH
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

August 11, 2026

**By ECF**
The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Griffin v. Corporation Counsel, et al.,
22 Civ. 8521 (AS)

Your Honor:

I represent defendants Fatorma, Yakubu, and Benoit-Jones in the above-referenced matter.[1] This Office writes to respectfully request a one-week extension of time to file the joint letter pursuant to the Court's Order dated July 28, 2026, from August 14, 2026, to August 21, 2026. This is this Office's first such request. This Office has not obtained plaintiff's position on this request (the basis for the request is that we have not been able to speak with him). The requested extension does not affect any presently scheduled deadlines.

By way of background, plaintiff filed a motion for default judgment "against City of New York and its correction officer defendants and Captain defendant Dillard," principally on the ground that the "City of New York and its Corporation Counsel" has not sufficiently complied with the Court's Valentin Order. (ECF No. 116). On May 4, 2026, this Office filed its response to plaintiff's motion for default judgment. (ECF No. 117). On July 28, 2026, the Court ordered that the parties meet and confer regarding: "First, whether plaintiff has been provided with all of the information he needs to serve the unidentified defendants. And second, whether plaintiff wants to proceed on his filed motion for summary judgment, or instead take discovery in this case." (ECF No. 127). Further, the Court ordered that the parties jointly file a letter on the docket by August 14, 2026, addressing those two questions. (Id.).

This Office respectfully requests a one-week extension of time to file the joint letter, from August 14, 2026, to August 21, 2026. Plaintiff is currently residing at Auburn Correctional

[1] This case has been assigned to Assistant Corporation Counsel Joanne Ling, who is not yet admitted to the New York State Bar. Ms. Ling is handling this matter under my supervision and may be reached at (212) 356-3518.

Facility, and this Office was informed by Auburn that the facility's next availability for a legal call with plaintiff is August 18, 2026. This Office is scheduled to speak with plaintiff on that date.

Accordingly, this Office respectfully requests a one-week extension of time to file the joint letter, from August 14, 2026, to August 21, 2026.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

cc: **Via First Class Mail**
Jeremiah Jerome Griffin
NYSID: 11722468Z
DIN: 26B0891
*Plaintiff* pro se
135 State Street
P.O. Box 618
Auburn, NY 13021

The motion for extension of time to file the joint letter, from August 14, 2026, to August 21, 2026, is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 128.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 12, 2026