UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH JEROME GRIFFIN,
Plaintiff,

-against-

CITY OF NEW YORK et al.,
Defendants.

22-CV-8521 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On July 28, 2026, the Court ordered the parties to confer and file a joint letter answering two questions: (1) "whether plaintiff has been provided with all of the information he needs to serve the unidentified defendants," and (2) "whether plaintiff wants to proceed on his filed motion for summary judgment, or instead to take discovery in this case." Dkt. 127.

On August 21, 2026, defendants filed a letter on behalf of the parties updating the Court on those two questions. Dkt. 130. As to the first question, defendants represent that they have provided plaintiff with the names, shield numbers, and service addresses of four previously unidentified defendants. Plaintiff should now have what he needs to serve those defendants. The letter also says that defendants are currently working to identify three more unidentified defendants based on information plaintiff provided during the parties' conferral. Defendants say they will provide those defendants' information to plaintiff once they verify their identities. As to the second question, the letter represents that plaintiff wishes to take discovery in this matter, and the parties will provide the court with their case management plan after conferring again on August 28, 2026.

Given that plaintiff wishes to take discovery, his motion for summary judgment is DENIED as premature. Dkt. 114. Similarly, plaintiff has filed a motion to preclude defendants "from entering any prospective evidence . . . due to them not offering any exculpatory material evidence."

Dkt. 115. Now that both sides are going to get discovery, that motion is DENIED as moot. Finally, plaintiff has moved for a default judgment "against City of New York and its correction officer defendants and Captain defendant Dillard." Dkt. 116. The City of New York is no longer a defendant, Dkt. 93, and Dillard does not appear to be a named defendant in the operative sixth amended complaint, Dkt. 80. As the Court stated in its July 28, 2026 order, Dkt. 127, default judgment is premature at this juncture. Plaintiff's motion for default judgment is DENIED. Dkt. 116.

On August 28, 2026, the parties should file their proposed case management plan. In that filing, defendants should also update the Court on whether they have identified the three unidentified defendants and provided plaintiff with the promised information. The Clerk of Court is respectfully directed to terminate Dkts. 114, 115, and 116.

SO ORDERED.

Dated: August 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge