UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH JEROME GRIFFIN,

Plaintiff,

-against-

CITY OF NEW YORK et al.,

Defendants.

22-CV-8521 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Construing Griffin's September 14, 2026 letter, Dkt. 137, as a renewed motion for summary judgment, that motion is DENIED for the reasons stated in Dkt. 127 and 131. The Court will refer Griffin's other two requests, Dkt. 134 and Dkt. 136, as well as general pretrial matters (including scheduling, discovery, non-dispositive pretrial motions, and settlement) to a Magistrate Judge in an accompanying order.

SO ORDERED.

Dated: September 22, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge